UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>KEVIN L. BROWN,<br><br>                    Defendant. | Case No. MJ13-60<br><br>**DETENTION ORDER** |

Offenses charged:

　　Conspiracy to Commit Bank Robbery and Bank Robbery.

Date of Detention Hearing: January 31, 2013.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　Defendant is charged with a crime that carries a presumption of detention and has failed to overcome that presumption. The Court received no information about defendant's ties to the

DETENTION ORDER - 1

1  community, employment, health or drug use.  Defendant has a prior criminal history including

2  bank robbery convictions.  Defendant presented no argument for release and stipulated to

3  detention.

4        It is therefore **ORDERED**:

5        (1)   Defendant shall be detained pending trial and committed to the custody of the

6  Attorney General for confinement in a correctional facility separate, to the extent practicable,

7  from persons awaiting or serving sentences, or being held in custody pending appeal;

8        (2)   Defendant shall be afforded reasonable opportunity for private consultation with

9  counsel;

10        (3)   On order of a court of the United States or on request of an attorney for the

11  Government, the person in charge of the correctional facility in which Defendant is confined

12  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

13  connection with a court proceeding; and

14        (4)   The Clerk shall direct copies of this order to counsel for the United States, to

15  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

16  Officer.

17        DATED this 31st of January, 2013.

 

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge

DETENTION ORDER - 2