The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN L. BROWN,<br><br>　　　　　Defendant. | NO. CR13-064 RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibit A to the Government's Response to Defendant's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to the Government's Response to Defendant's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

///
///
///
///
///
///

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Brown,* CR13-064 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS HEREBY ORDERED that the Motion to Seal (Dkt. 346 is GRANTED.
2  Exhibit A to the Government's Response to Defendant's Motion for Sentence Reduction
3  under 18 U.S.C. § 3582(c)(1)(A) shall remain filed under seal.
4
5  DATED this 6th day of October, 2023.
6
7  _____
8  The Honorable Richard A. Jones
   United States District Judge

ORDER GRANTING MOTION TO SEAL - 2
*United States v. Brown,* CR13-064 RAJ