Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN BROWN,<br><br>  Defendant. | No. 2:13-cr-00064-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's Motion to Appoint Counsel (Dkt. 349). The Court having reviewed Defendant's motion, and the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion to Appoint Counsel (Dkt. 349) is **DENIED**.

DATED this 6th day of December, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1